UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARACA MEDIA GROUP, INC., <br><br> Plaintiff, <br><br> -against- <br><br> LIEHONG ZHUANG, <br><br> Defendant. | CIVIL ACTION NO.: 20cv2780 <br><br> **COMPLAINT** |

**STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Saraca Media Group, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Respectfully submitted,

*/s/ Aaron A. Mitchell, Esq.*
AARON A. MITCHELL
Lawall & Mitchell, LLC
162 E. 64th Street,
New York, New York 10065