**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SARACA MEDIA GROUP, INC.,

                Plaintiff,

  -against-                              20 **CIVIL** 2780 (CM)

                                              **JUDGMENT**

LIEHONG ZHUANG,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 16, 2020, the defendant's motion to dismiss is granted.

**Dated:**  New York, New York

       July 16, 2020

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

                **BY:**
                                                *K. Mango*

                                                **Deputy Clerk**